**[J-106-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 40 MAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 1203 MDA |
| | : | 2018 dated March 22, 2019 |
| v. | : | Affirming the Judgment of Sentence |
| | : | of the Adams County Court of |
| | : | Common Pleas, Criminal Division, |
| MARK AMOS ALLEN, | : | at No. CP-01-CR-1260-2017 dated |
| | : | June 29, 2018 |
| Appellant | : | |
| | : | ARGUED:  December 2, 2020 |

**ORDER**


**PER CURIAM**                                         **DECIDED:  March 25, 2021**

**AND NOW,** this 25th day of March, 2021, the appeal is DISMISSED as having been IMPROVIDENTLY GRANTED.